Randy ELLIOTT (a/k/a Randy Elliot), Appellant,

v.

STATE of Missouri, Respondent.

No. WD 59810.

Missouri Court of Appeals, Western District.

Submitted Jan. 18, 2002.

Decided April 23, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 28, 2002.

Application for Transfer Denied Aug. 27, 2002.

Andrew A. Schroeder, Appellate Defender, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Jefferson City, MO, for Appellant.

Joel A. Block, Asst. Attorney General, Jefferson City, MO, joins on the briefs, for Respondent.

Before PAUL M. SPINDEN, C.J., P.J., JAMES M. SMART, JR., and LISA WHITE HARDWICK, JJ.

*Order*

PER CURIAM.

Randy Elliott appeals the denial of his post-conviction motion under Rule 29.15. his motion sought the vacation of his convictions for attempted rape, forcible sodomy, first degree assault and first degree burglary. Having carefully considered his contentions on appeal, we affirm the denial of post-conviction relief by this summary order. An opinion would lack jurisprudential value. Judgment is affirmed. Rule 84.16(b).